# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIGUEL GUILLEN,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>PATEL, et al.,<br><br>　　　　　Defendants. | Case No. 1:21-cv-01505-FRS (BAM) (PC)<br><br>ORDER GRANTING DEFENDANTS' EX PARTE APPLICATION FOR EXTENSION OF TIME TO FILE A DISPOSITIVE MOTION<br><br>(ECF No. 30)<br><br>**Dispositive Motion Deadline: April 30, 2026** |

Plaintiff Miguel Guillen ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. This action proceeds on Plaintiff's first amended complaint against Defendants Patel and Davis ("Defendants") for deliberate indifference to serious medical needs in violation of the Eighth Amendment.

Pursuant to the Court's July 22, 2025 discovery and scheduling order, the deadline for filing all pretrial motions, including motions for summary judgment under Federal Rule of Civil Procedure 56, is January 30, 2026. (ECF No. 25.)

Currently before the Court is Defendants' January 7, 2026 ex parte application for extension of time to file a dispositive motion. (ECF No. 30.) In support of the motion, Defendants state that good cause exists to extend the dispositive motion deadline because Defendants required additional time to locate and contract with a qualified medical expert, and for the expert to complete his analysis of Plaintiff's medical records, medical history, and deposition testimony. Defense counsel did not initially anticipate needing an outside expert but came to a

1  different conclusion subsequent to deposing Plaintiff.  After a diligent search, defense counsel
2  located an expert with significant experience with, and understanding of, the treatment of
3  orthopedic injuries in the corrections context.  Additional time was required to have the expert's
4  contract approved, and contract approval is currently pending.  The process was further elongated
5  due to several key stakeholders' unavailability during the holiday season.  Defendants need this
6  expert analysis to support their anticipated motion for summary judgment, which Defendants
7  believe will resolve the case in its entirety if successful.  Defendants request that the dispositive
8  motion deadline be extended by 90 days, from January 30, 2026 to April 30, 2026.  (*Id.*)

9  Plaintiff has not yet had an opportunity to file a response, but the Court finds a response is
10 unnecessary.  The motion is deemed submitted.  Local Rule 230(l).

11 Having considered the request, the Court finds good cause to grant the requested
12 extension of the dispositive motion deadline. Fed. R. Civ. P. 16(b)(4).  Defendants are in the
13 process of contracting with a qualified expert in support of their anticipated motion for summary
14 judgment, which, if successful, may resolve the case in its entirety.  The Court further finds that
15 Plaintiff will not be prejudiced by the extension granted here.

16 Accordingly, IT IS HEREBY ORDERED as follows:

17 1. Defendants' ex parte application for extension of time to file a dispositive motion, (ECF
18    No. 30), is GRANTED;
19 2. The deadline for filing all dispositive motions is EXTENDED from January 30, 2026 to
20    **April 30, 2026**; and
21 3. **Any request for further extensions of this deadline must be filed on or before the**
22    **expiration of the deadline and will only be granted on a showing of good cause**.

IT IS SO ORDERED.

Dated:  **January 7, 2026**

STANLEY A. BOONE
United States Magistrate Judge

2